

# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2014

No. 04-14-00104-CV

Richard **ABRAMS,**
Appellant

v.

Marguerite **SALINAS** a/k/a Marguerit Y. Salinas f/k/a Marguerite Abrams and Ashely Abrams
a/k/a Ashley N. Abrams,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 1987-CI-16750
Honorable Janet P. Littlejohn, Judge Presiding

### O R D E R

Appellant's brief was originally due April 10, 2014; however, the court granted appellant an extension of time until May 12. On that date appellant filed a motion seeking an additional extension of time to file the brief.

We **grant** the motion and **order** appellant's brief due **June 9, 2014** (sixty days after the original deadline). Appellant is advised that **no further extensions of time will be granted** absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court